U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 08 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION 2

**JOHNSON COUNTY DISPOSAL WELL SERVICES, INC.** **PLAINTIFF**

**v.** **Case number:** 10-2096

**JOHNSON COUNTY, ARKANSAS** **DEFENDANT**

**COMPLAINT**

COMES NOW, the Plaintiff, by its attorney, C. Brian Meadors of PRYOR, ROBERTSON, BEASLEY & SMITH, PLLC, and states:

**Summary**

1. This is an action to invalidate Johnson County's ordinance regarding waste disposal; that ordinance violates the Commerce Clause of the U.S. Constitution.

**Parties, Jurisdiction, and Venue**

2. The Plaintiff is an Arkansas corporation headquartered in this judicial district in Arkansas. The Defendant is a county in Arkansas located in this judicial district. This court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question). Venue is proper under 28 U.S.C. § 1391(b), as the Defendant resides in this judicial district and the acts and omissions giving rise to this claim arose in this judicial district.

**Facts**

3. Johnson County passed Ordinance No. 2010-1347. A copy of the

ordinance is attached as Exhibit A.

4. The ordinance assesses a fine against any person transporting waste into Johnson County and disposing of the waste in the county. Waste generated inside Johnson County is not fined. Plaintiff is subject to the ordinance.

5. The ordinance has the effect of discriminating against waste generated outside of Johnson County and hauled within Johnson County, as compared to waste generated inside of Johnson County. This adversely affects the Plaintiff.

**Cause of Action**

6. The Johnson County ordinance violates the Commerce Clause of the U.S. Constitution. Under 42 U.S.C. § 1983, this Court should declare the Johnson County ordinance invalid. The facts and cause of action in this case parallel those in the case of *Southeast Arkansas Landfill, Inc., v. Arkansas*, 981 F.2d 372 (8th Cir. 1992).

WHEREFORE, Plaintiff prays that this Court declare Johnson County Ordinance 2010-1347 invalid and award fees, costs, and other remedies as allowed by law.

Respectfully submitted,

JOHNSON CO. DISPOSAL WELL SERVICES, INC.

C. Brian Meadors, Ark. Bar No. 2001186
PRYOR, ROBERTSON, BEASLEY& SMITH, PLLC
315 North 7th Street; P.O. Drawer 848
Fort Smith, AR 72902-0848
(479) 782-8813; (479) 785-0254 (fax)
bmeadors@prbslaw.com