**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JOHNSON COUNTY DISPOSAL WELL SERVICES, INC. PLAINTIFF**

**VS. NO. 10-2096**

**JOHNSON COUNTY, ARKANSAS DEFENDANT**

## RESPONSE TO MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Johnson County, Arkansas, and for it response to Plaintiff's Motion for Summary Judgment, does state:

1. Plaintiff's complaint asserts, under 42 U.S.C. § 1983, that a waste disposal ordinance in place in Johnson County, Arkansas, violates its rights under the Commerce Clause of the U.S. Constitution. Specifically, the Plaintiff corporation alleges that"the ordinance has the effect of discriminating against waste generated outside Johnson County and hauled within Johnson County, as compared to waste generated inside of Johnson County."

2. Plaintiff's Motion for Summary Judgment should be denied and its Complaint dismissed because Plaintiff has no standing to raise a Commerce Clause claim since it has not alleged or offered proof that it has hauled waste from out of state.

3. Plaintiff's Motion for Summary Judgment should be denied and its Complaint dismissed because there is no basis for the injunctive relief sought by the Plaintiff (1) since no fees have been collected/received under Johnson County ordinance # 2010-1347 to date from any haulers or operators (including the Plaintiff) and (2) since the County Judge has testified by affidavit that, at next Thursday night's (September 9, 2010) Johnson County Quorum Court meeting, he will offer an amended version of ordinance # 2010-1347, which will make it clear that the $5 per load fee will

be assessed for *all* waste disposal in Johnson County that is covered by the ordinance, regardless of the origin of the waste load. The Defendant will supplement this response when the ordinance is amended by the Quorum Court.

WHEREFORE, the Defendant respectfully requests that Plaintiff's Motion for Summary Judgment be denied and its Complaint dismissed.

Respectfully submitted,

Johnson County, Arkansas
*Defendant*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: rainwater@rainfirm.com
Email: owens@rainfirm.com

By: /s/ *Jason E. Owens*
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

C. Brian Meadors
Attorney for Plaintiff
PRYOR, ROBERTSON, BEASLEY & SMITH, PLLC
P.O. Drawer 848
Fort Smith, AR 72902-0848
bmeadors@prbslaw.com

/s/ *Jason E. Owens*

Jason E. Owens
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: owens@rainfirm.com