**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JOHNSON COUNTY DISPOSAL WELL SERVICES, INC. PLAINTIFF**

**VS. NO. 10-2096**

**JOHNSON COUNTY, ARKANSAS DEFENDANT**

**SURREPLY TO REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

In its response to Plaintiff's Motion for Summary Judgment, the Defendant asserted, in part, that the County Judge intended to offer, at the September 9 Johnson County Quorum Court meeting, an amended version of ordinance # 2010-1347, which would make it clear that the $5 per load fee will be assessed for *all* waste disposal in Johnson County that is covered by the ordinance, regardless of the origin of the waste load. That amending ordinance was enacted by Quorum Court and is attached hereto (along with an authenticating affidavit by County Judge Mike Jacobs) as Exhibit 1.

Respectfully submitted,

Johnson County, Arkansas
*Defendant*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: rainwater@rainfirm.com
Email: owens@rainfirm.com

By: */s/ Jason E. Owens*
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

C. Brian Meadors
Attorney for Plaintiff
PRYOR, ROBERTSON, BEASLEY & SMITH, PLLC
P.O. Drawer 848
Fort Smith, AR 72902-0848
bmeadors@prbslaw.com

*/s/ Jason E. Owens*

Jason E. Owens
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: owens@rainfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JOHNSON COUNTY DISPOSAL WELL SERVICES, INC.** **PLAINTIFF**

**VS.** **NO. 10-2096**

**JOHNSON COUNTY, ARKANSAS** **DEFENDANT**

**AFFIDAVIT**

STATE OF ARKANSAS )
) ss:
COUNTY OF JOHNSON )

Comes now Mike Jacobs, and states, upon oath, the following:

1. I am the County Judge of Johnson County, Arkansas.

2. At last Thursday night's (September 9, 2010) Johnson County Quorum Court meeting, an amendment to ordinance # 2010-1347 was offered and approved/enacted by the Quorum Court, which makes it clear that the $5 per load fee will be assessed for *all* waste disposal in Johnson County that is covered by the ordinance, regardless of the origin of the waste load.

3. Attached hereto is a true and accurate copy of the amending Ordinance referenced in paragraph 2 above.

Mike Jacobs
Mike Jacobs
Johnson County Judge

9-15-10
Date



DEFENDANT'S EXHIBIT
tabbies
1

On this 15 day of September, 2010, before me, the undersigned Notary Public, personally appeared **Mike Jacbos**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF I hereunto set my hand and official seal.

Notary Public

My commission expires:
12-19-2018

(S E A L)

MICHELLE FROST
My Commission No. 12380283
NOTARY PUBLIC
My Commission Expires Dec. 19, 2018
JOHNSON ARKANSAS

ORDINANCE NO. 1355

AN ORDINANCE TO AMEND ORDINANCE NO. 2010-1347 FOR JOHNSON COUNTY :

WHEREAS, the Quorum Court of Johnson County is desirous of amending Ordinance No. 2010-1347 in order to clarify its provisions;

NOW, THEREFORE, BE IT ORDAINED BY THE QUORUM COURT OF JOHNSON COUNTY, ARKANSAS:

SECTION 1: Ordinance No. 2010-1347 is hereby amended to read as follows:

ARTICLE 4. PROVISIONS UPON DISPOSAL OPERATORS: There is hereby imposed a $5.00 per load fee upon each load for the transport and disposal of materials and production fluids related to oil or gas exploration into Johnson County to a disposal facility in Johnson County. The $5.00 transport and disposal fee shall be collected by the disposal operator and remitted to the County Treasurer on a monthly basis. All revenue generated by this assessment shall be deposited in the county general fund.

SECTION 2: Ordinance No. 2010-1347 is further amended to add the following provision:

ARTICLE 10: Johnson County does not intend or desire to discriminate against interstate commerce, and regardless of any other language in this ordinance, that $5.00 fee(s) imposed by this ordinance will be assessed on a per load basis for all waste disposal in Johnson County, regardless of the origin of the waste.

SECTION 3: The provisions of this Ordinance shall be cumulative to all other laws, ordinances and regulations heretofore enacted, or which may be hereafter enacted covering any subject in this Ordinance.

SECTION 4: it is hereby declared the intention of the Johnson County Quorum Court that the provisions of this Ordinance shall be severable in accordance with the following: If any court of competent jurisdiction shall adjudge this any provision of this Ordinance to be invalid, such a judgement shall not affect any of the provisions of this Ordinance not specifically adjudicated by the judgment to be invalid; If any court of competent jurisdiction shall adjudge the application of any provision of this Ordinance to be invalid to be particular structure, site, facility, or operation such judgment shall not affect the application of said provision to any other structure, site, facility, or operation not specifically adjudicated and specifically included in the judgment.

SECTION 5: All ordinances and parts thereof in conflict with this amendment to ordinance 2010-1347 are hereby repealed to the extent of such a conflict. The original provisions of Ordinance 2010-1347 not amended hereby are ratified and affirmed and are to remain in full force and effect.

PASSED THIS 9 DAY OF September, 2010.

Emergency Clause: It has been found that effectiveness of the ordinance is necessary for the immediate enforcement of the above mentioned purposes and, therefore, an emergency is declared and this ordinance, being necessary for the preservation of the public peace, health, and safety, shall be in force upon its passage and approval.

Dated: 9-9-10

Approved: Mike Jacobs
HON. MIKE JACOBS
Johnson County Judge

ATTEST: Michelle Frost
Hon. Michelle Frost
Johnson County Clerk

Sponsor: